IRVIN FRANK HILL v. HANES CORPORATION, AND AETNA LIFE & CASUALTY INSURANCE COMPANY

No. 178A91

(Filed 7 November 1991)

APPEAL by the plaintiff pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 102 N.C. App. 46, 401 S.E.2d 768 (1991), affirming an opinion and award of the North Carolina Industrial Commission. Heard in the Supreme Court on 15 October 1991.

*William G. Pfefferkorn for plaintiff-appellant.*

*Womble Carlyle Sandridge & Rice, by Nancy R. Hatch, for defendants-appellees.*

PER CURIAM.

The decision of the Court of Appeals is affirmed.

Affirmed.